UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CORINE PITZER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF EAST PEORIA, ILLINOIS, et al., )<br>)<br>)<br>Defendants. ) | Case No. 08-cv-1120 |

## **O R D E R**

This matter is before the Court on Plaintiff's Motion for Order Establishing Briefing Schedule on Motion to Dismiss Second Amended Complaint or Leave to File Second Amended Complaint, filed on October 6, 2009.  (Doc. 50).  Plaintiff seeks leave to file her Second Amended Complaint in the interests of clarity, and because amendment could be required under the pleading standard of Ashcroft v. Iqbal, 129 S.Ct. 1937 (2009).  The Court agrees that, given this matter's convoluted pleading, Motion-to-Dismiss, and service-of-process history, a second amended complaint would serve to streamline its future progress.  Federal Rule of Civil Procedure 15(a)(2) states that the Court "should freely give leave [to amend] when justice so requires."  The Court finds that justice, as well as efficiency, requires that Plaintiff be given leave to file this Second Amended Complaint.[1]

---

[1]  Indeed, Defendants City of Peoria and Chad LaCost have already filed a Motion to Dismiss or Strike (Doc. 52) as to the Second Amended Complaint, which was attached to the instant Motion.  This Motion to Dismiss or Strike did not object to the filing of the Second Amended Complaint, but addressed substantive matters.

On October 6, 2009, Magistrate Judge Gorman allowed Defendants County of Peoria and James Pearson until November 6, 2009, to file their responsive pleadings to Plaintiff's first Amended Complaint. (Doc. 48). The other Defendants' deadlines to file responsive pleadings to the first Amended Complaint have already passed. Under Federal Rule of Civil Procedure 15(a)(3), defendants have 10 days from the date of service of the amended pleading to file their responsive pleadings, unless the Court provides otherwise. Given Magistrate Judge Gorman's previous Order, and the fact that the Second Amended Complaint was attached to the instant Motion and served upon all Defendants on October 6, 2009, the Court allows all Defendants until November 6, 2009, to file their responsive pleadings to the Second Amended Complaint.

IT IS THEREFORE ORDERED:

1. Plaintiff's Motion for Order Establishing Briefing Schedule or For Leave to File Second Amended Complaint (Doc. 50) is GRANTED.

2. Plaintiff's Second Amended Complaint (Doc. 49) SHALL be filed as of the date of this Order.

3. Defendants' responsive pleadings to the Second Amended Complaint are now DUE November 6, 2009.

4. Pursuant to Local Rule 7.1(E), Defendants' pending Motions to Dismiss, which attack Plaintiff's first Amended Complaint (Docs. 37,

---

In addition, the Court allowed the deadline for responses to the instant Motion to pass before ruling, in order to give Defendants time to object, which none of them have. Therefore, the Court assumes that Defendants have no objection.

39) will be MOOT if not specifically revived within fourteen days of this Order.

5. The pending Consent Motion for Leave to File Responses to Motions to Dismiss of Tazewell County Defendants and Jeffrey Stoltz & City of Pekin (Doc. 44) is MOOT.

Entered this 26th day of October, 2009.

                                        s/ Joe B. McDade
                                        JOE BILLY McDADE
                                        United States District Judge