UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Corine Pitzer, | ) | |
|         Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 08-1120 |
| | ) | |
| City of East Peoria, et al, | ) | |
|         Defendants | ) | |

ORDER

Now before the Court is the motion (#68) by Defendants to compel Plaintiff to provide Rule 26(a) initial disclosures. The motion is granted, as follows.

At the Rule 16 conference, this Court approved the parties' proposed discovery plan. That plan included a deadline of May 5, 2009, for service of initial disclosures. The moving parties, however, were not added to this litigation until the second amended complaint was filed in October 2009. Nonetheless, it is undisputed that, as of this date, Plaintiff has not provided any initial disclosures to Defendants.

The Federal Rules provide that a party "must" provide certain disclosures without awaiting a discovery request from the other parties. Although there are exceptions, none of them apply to this case. Plaintiff's explanation for the non-disclosure (that motions to dismiss remain pending) does not excuse the failure to provide these required disclosures.

Accordingly, the motion is granted. Plaintiff shall provide disclosures as mandated by Fed.R.Civ.P. 26(a)(1) on or before May 7, 2010.

ENTERED ON April 22, 2010

                                                    s/ John A. Gorman

                                    JOHN A. GORMAN
                       UNITED STATES MAGISTRATE JUDGE