UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| CORINE PITZER, *Administrator of the Estate of Brian Pitzer, Deceased,* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-cv-1120 |
| CITY OF EAST PEORIA, ILLINOIS, et. al., | ) ) ) ) | |
| Defendants. | ) | |

# O R D E R  &  O P I N I O N

Before the Court is a Joint Motion to Dismiss Defendant James M. Pearson and Peoria County, Illinois With Prejudice, signed by Plaintiff and Defendants Pearson and Peoria County (Doc. 94).  On May 27, 2008, Plaintiff filed a Complaint against the City of East Peoria, Illinois, and Officer Chad LaCost. (Doc. 1).  On May 26, 2009, Plaintiff filed an Amended Complaint in which she added as Defendants Lieutenant James M. Pearson, Peoria County, Illinois, Officer Jeffery Stoltz, the City of Pekin, Illinois, Deputy Todd Mutchler, Deputy Chris McKinney, and Tazewell County, Illinois. (Doc. 21).  She filed a Second Amended Complaint against these same Defendants on October 6, 2009. (Doc. 49).  On April 21, 2010, this Court granted various motions to dismiss, and dismissed Officer Jeffery Stoltz, the City of Pekin, Illinois, Deputy Todd Mutchler, Deputy Chris McKinney, and Tazewell County, Illinois. (Doc. 70).

The parties now seek entry of an order dismissing Defendant James M. Pearson and Peoria County, Illinois. Federal Rule of Civil Procedure 41(a)(2) provides that an action may be dismissed at the Plaintiff's request on terms the Court considers proper. Here, Plaintiff, along with Defendants Pearson and Peoria County, have requested that the claims against Pearson and Peoria County be dismissed with prejudice. Accordingly, Plaintiff's claims against Defendant James M. Pearson and Defendant Peoria, County, Illinois are DISMISSED WITH PREJUDICE. Officer Chad LaCost and the City of East Peoria, Illinois are the only remaining Defendants in this case. IT IS SO ORDERED.

Entered this 6th day of April, 2011.

                                                  s/ Joe B. McDade
                                                  JOE BILLY McDADE
                                          United States Senior District Judge